# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131532

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF SOUTH HAVEN,
        Plaintiff-Appellant,

and

VANDERZEE SHELTON SALES & LEASING,
INC., 2D, INC., and SHARDA, INC.,
        Plaintiffs,

v

VAN BUREN COUNTY ROAD COMMISSION,
        Defendant-Appellee.

SC: 131532
COA: 266724
Van Buren CC: 04-052554-CZ

_____/

     On order of the Court, the application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

p1120